# GISLASON&HUNTER LLP

ATTORNEYS AT LAW

NEW ULM   MINNEAPOLIS   MANKATO   MAPLETON   DES MOINES

OF COUNSEL
Daniel A. Gislason†
Marlin R. Kunard

C. Thomas Wilson
David D. Alsop
Barry G. Vermeer[1]*
Gary W. Koch[1,2]
Timothy P. Tobin[2]*
Roger H. Gross[1]*
David W. Sturges*†
R. Stephen Tillitt*
Mark S. Ullery
Jeff C. Braegelmann
Reed H. Glawe[1]
Wade R. Wacholz[1]
Noel L. Phifer
Laura L. Myslis[1]
Andrew A. Willaert[1]
Daniel A. Beckman
Michael S. Dove
Dustan J. Cross[1]*
Loree A. Nelson[5]
Christopher E. Sandquist[1]
Sara N. Wilson
David C. Kim
Angela M. Nelson[2]
Justin P. Weinberg[1,2]†
Henry A. Parkhurst[3,1]
Lynn Schmidt Walters
Andrew M. Tatge
Cory A. Genelin
Matthew C. Berger
Laura J. Ostrander[5]
Brock P. Alton[2]
Ryan C. Ellis[2]
Katherine C. Tushaus Steffe[5]
William E. Parker[3]

Sidney P. Gislason
(1908-1985)
Robert M. Halvorson
(1945-1993)
C. Allen Dosland
(Retired)
James H. Malecki
(Retired)
Donald F. Hunter
(Retired)

**MINNEAPOLIS OFFICE**
701 Xenia Avenue South, Suite 500
Minneapolis, MN 55416

PHONE: 763-225-6000
FAX:   763-225-6099

WEB SITE: www.gislason.com
Also admitted in:
[1] Iowa
[2] Wisconsin
[3] Illinois
[4] Admitted only in Virginia
[5] Admitted only in Iowa

* Civil Trial Specialist
† Qualified ADR Neutral

August 19, 2011

**VIA E-SERVE/FILE**

The Honorable Jeanne J. Graham
United States District Court
342 Federal Building
316 North Robert Street
St. Paul, MN  55101

Re:   Robert Reich and others in similar situation vs. Unity One Credit
      Union, as successor by merger to GCM Federal Credit Union
      Court File No.:  10CV606 ADM/JJG
      Our File No. 22410-019

Dear Magistrate Graham:

     As you know, the Court approved the final settlement in this class action lawsuit by Order dated August 8, 2011. Because no claims were submitted, the portion of the settlement funds dedicated to class members ($7,200) will be donated to charitable organizations designed by the Plaintiff and Defendant. You have asked that we advise you of the identity of those charitable organizations.

     At this time, I write to comply with that request and to inform you that the Plaintiff has designated the Federal Bar Association Fund as his charitable organization. The Defendant has chosen the Children's Miracle Network as its charitable organization.

     I do not believe that the Court needs to specifically approve these organizations for purposes of the donations. However, obviously, if you have any objection or would like to put any conditions on these donations, Mr. Lyons and I would welcome your comments and would certainly comply with your directive. However, if we do not hear from you to the contrary, we will simply make the donations once the settlement has been funded. If you

## GISLASON & HUNTER LLP

Page 2

require any proof or verification that the donations have been made, please contact either Mr. Lyons or me.

Very truly yours,

Timothy R. Tobin
ttobin@gislason.com

TPT/sjl

cc:   Thomas J. Lyons, Sr.

1052760.1