UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 10CV606 ADM/JJG

Robert Reich and others in
similar situation,

          Plaintiff,

vs.

Unity One Credit Union, as successor
by merger to GCM Federal Credit Union,

          Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

\* \* \* \* \* \* \* \* \* \*

The above-entitled action, including all crossclaims, counterclaims and third-party claims, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that the above-entitled action, including all crossclaims, counterclaims and third-party claims, may be and hereby is dismissed on the merits with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal with prejudice on the merits to be entered herein.

| | |
|---|---|
| s/ Thomas J. Lyons, Sr. | s/ Timothy P. Tobin |
| Thomas J. Lyons, Sr. | Timothy P. Tobin #127887 |
| LYONS LAW FIRM, P.A. | GISLASON & HUNTER LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 367 Commerce Court | 701 Xenia Avenue South, Suite 500 |
| Vadnais Heights, MN 55127 | Minneapolis, MN 55416 |
| Phone: 651-770-9707 | Phone: 763-225-6000 |

1055374.1