UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT REICH,

           Plaintiff,

vs.                                              Civil No. 10-606 ADM/JJG

UNITY ONE CREDIT UNION, as successor
by merger to GCM FEDERAL CREDIT UNION,

           Defendant.

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby dismissed with prejudice on the merits and without cost to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 29, 2011        BY THE COURT:

                                              S/Ann D. Montgomery

                                              _____
                                              JUDGE ANN D. MONTGOMERY
                                              UNITED STATES DISTRICT COURT