AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert Reich,

V.

UNITY ONE CREDIT UNION

**JUDGMENT IN A CIVIL CASE**

Case Number:   10-0606 JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby dismissed with prejudice on the merits and without cost to any party.

| September 29, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ J. Midtbo |
| (By) | J. Midtbo   Deputy Clerk |